IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CORY BROCKETT,** | : |
| **Plaintiff,** | : |
| VS. | : NO. 5:23-CV-00353-MTT-CHW |
| **OFFICER WESLEY,** *et al.*, | : |
| **Defendants.** | : |

**ORDER**

*Pro se* Plaintiff Cory Brockett, an inmate currently incarcerated in the Baldwin State Prison in Hardwick, Georgia, has filed a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff has also moved for leave to proceed *in forma pauperis* (ECF No. 2). The Court has reviewed Plaintiff's motion and finds it is incomplete. A prisoner seeking leave to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Plaintiff has failed to submit a certified copy of his prison trust fund account statement. Accordingly, Plaintiff is **DIRECTED** to pay the Court's $402.00 filing fee or submit a complete and proper motion to proceed without the prepayment of the filing fee, which should include a certified copy of his trust fund account statement. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose, marked with the case number for the above-captioned action.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to either pay the filing fee in full or file a proper and complete motion for leave to proceed *in forma pauperis*. **If Plaintiff does not timely and fully comply with this Order, this action may be dismissed.** Plaintiff is further **DIRECTED** to notify the Court immediately and in writing of any change in his mailing address. There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 10th day of October, 2023.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge